```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 08555
   VINCENT L DAVIS
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-4229


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/10/07 and confirmed on 10/05/07.

   2.  The case was converted to Chapter 7 after confirmation, 09/08/2008.

   3.  The Debtor paid a total of $  40094.86 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | 28206.95 | .00 | 28206.95 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 4368.90 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | SECURED | 6310.63 | .00 | 6310.63 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 5820.63 | .00 | .00 |
| FLAGSTAR BANK FSB | CURRENT MORTG | .00 | .00 | .00 |
| GREAT LAKES CREDIT UNION | SECURED VEHIC | 300.00 | .00 | 300.00 |
| A ALL FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ACB | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 1693.64 | .00 | .00 |
| AMERICOLLECT INC | UNSECURED | 91.86 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| AVCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 948.09 | .00 | .00 |
| B REAL LLC | UNSECURED | 836.01 | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT FIRST NA | UNSECURED | 510.54 | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| GREAT LAKES CREDIT UNION | UNSECURED | 9593.93 | .00 | .00 |
| CREAT LAKES CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| AAFES | UNSECURED | 7473.40 | .00 | .00 |
| NAVY FEDERAL CREDIT UNIO | UNSECURED | 1839.49 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 6630.87 | .00 | .00 |
| NEWTON & ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| NAVY EXCHANGE SERVICE CO | UNSECURED | 1438.13 | .00 | .00 |
| PACIFIC MARINE CU | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN | UNSECURED | 6266.99 | .00 | .00 |

```
WASHINGTON MUTUAL CARD S UNSECURED      NOT FILED             .00           .00
THD CBSD                 UNSECURED      NOT FILED             .00           .00
INTERNAL REVENUE SERVICE PRIORITY        6366.00              .00           .00
        Summary of disbursements:
-----------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  45007.11    6366.00    37322.95          .00     88696.06
PRINCIPAL PAID      34817.58        .00         .00          .00     34817.58
INTEREST PAID            .00        .00         .00          .00          .00
TOTAL PAID          34817.58        .00         .00          .00     34817.58
```

The Debtor's attorney, GARY N FOLEY PC                  , was allowed $   3500.00
and was paid $    1126.00   direct and $     710.09   through the plan.

The Trustee received $    1941.19 .

Refunds to the Debtor totaled $    2626.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/17/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE